[No. 10410.   *En Banc.*   August 4, 1913.]

ELEANOR HERRICK *et al., Appellants,* v. EVA J. MILLER *et al.,*
*Respondents.*[1]

Appeal from a judgment of the superior court for King county,
Myers, J., entered January 2, 1912, upon findings in favor of the
defendants, after a trial on the merits before the court without a
jury, in an action to obtain the construction of a will.  Affirmed.

*Tucker & Hyland,* for appellants.

*Bo Sweeney,* for respondents.

ON REHEARING.

PER CURIAM.—The court has considered this case upon rehearing,
and the majority of the court adhere to the opinion as reported in
69 Wash. 456, 125 Pac. 974, and for the reasons there given, the
judgment should be affirmed.

[No. 10436.   *En Banc.*   August 6, 1913.]

FLORESTINE PERRAULT, *Respondent,* v. EMPORIUM DEPARTMENT STORE
COMPANY, *Appellant.*[2]

Appeal by defendant from an order of the superior court for
Yakima county, Grady, J., entered December 20, 1911, granting
plaintiff a new trial on the ground of inadequate damages, after
a verdict of the jury rendered in favor of the plaintiff, in an action
for injuries sustained in a passenger elevator in a department store.
Affirmed.

*Englehart & Rigg,* for appellant.

ON REHEARING.

PER CURIAM.—The court has considered this case upon rehearing,
and the majority of the court adhere to the opinion as reported in
71 Wash. 523, 128 Pac. 1049, and for the reasons there given, the
judgment should be affirmed.

[1]Reported in 134 Pac. 189.

[2]Reported in 134 Pac. 189.